Maria SANCHEZ aka Teresa Martinez–Sanchez, Individually and as Administrator of the Estate of Otoniel Sanchez, Deceased, Appellant,

v.

Kevin LOWE and Muscatine Tire and Wheel, Appellees.

No. 98–1360.

Supreme Court of Iowa.

Oct. 11, 2000.

Marc Moen and Frank Santiago, Iowa City, for appellant.

Eric M. Knoernschild of Hintermeister, Knoernschild & Eichelberger, Muscatine, and Brian C. Ivers of McDonald, Stoneraker, Cepican & Woodward, P.C., Davenport, for appellees.

---

PER CURIAM.

The justices of the court being equally divided, the judgment of the district court is affirmed by operation of law. *See* Iowa Code § 602.4107 (1999).

**DISTRICT COURT JUDGMENT AFFIRMED BY OPERATION OF LAW.**

For affirmance: McGIVERIN, C.J., and CARTER, SNELL, and CADY, JJ.

For Reversal: LARSON, LAVORATO, NEUMAN, and TERNUS, JJ.